IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRENCE A. JONES, M.D.,Ph.D,
United States ex rel.                                                                              PLAINTIFF

V.                                      4:05SC00649 JMM

ST. MARY'S REGIONAL MEDICAL
CENTER, ST. MARY'S MEDICAL
GROUP, MICHAEL McCOY                                                                DEFENDANTS

## ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2).

The Clerk is directed to close the case.

IT IS SO ORDERED this 18th day of September 2008.

_____
James M. Moody
United States District Judge